Case 2:07-cr-00119-RHW   Document 221   Filed 11/13/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 13, 2015**

SEAN F. MCAVOY, CLERK

United States of America )
v. )
KASEY A. WILLARD )
) Case No: 2:07-CR-0119-RHW-1
) USM No: 11360-085
Date of Original Judgment: 03/16/2009 )
Date of Previous Amended Judgment: ) Meredith Esser
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168 months__ months **is reduced to** __140 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/16/2009__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/13/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Robert H. Whaley, Senior Judge U.S. District Court
*Printed name and title*